AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
v.
GARZA, Roxanne, YOB: 1979, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M:20-0126-M

United States District Court
Southern District of Texas
FILED

JAN 2 1 2020

David J. Bradley, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 19, 2020__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 293.05 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 293.05 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

/s/ Cosme A. Muniz III
Signature of Complainant
Cosme A. Muniz III, DEA Task Force Officer

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

January 19, 2020  5:42 p.m.
Date

At   McAllen, Texas
City and State

Juan F. Alanis, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT**

On January 19, 2020, at approximately 12:15 a.m., Border Patrol Agents assigned to the Rio Grande City Station responded to a drawbridge camera activation.

At approximately 11:58 p.m., a Drawbridge camera system activation was received showing a Dodge Durango driving south on a dirt road that leads to the Rio Grande River south of the El Chaparral neighborhood. This Drawbridge is approximately .25 miles north of the Rio Grande River. This is a well-known area for narcotics smuggling. This is a rural area with no houses or other structures in the vicinity.

At approximately 12:00 a.m., the same Drawbridge camera activated showing the same vehicle going back north. Border Patrol Agents responded to the area. As the Agents approached the intersection of El Chaparral Street and HWY 83, they observed a Dodge Durango matching the description from the Drawbridge activation turning into a closed business located just south of the Taqueria El Chaparral. As one Agent approached the vehicle, the driver exited and attempted to run. The Agent immediately exited his marked vehicle and could see in plain view bundles of possible narcotics wrapped in brown tape in the back of the Durango. The Agent identified himself as a Border Patrol Agent and placed the subject, later identified as GARZA, Roxanne _____, into custody within 20 feet of the vehicle.

Once at the station, the narcotics were tested resulting in positive results for marijuana. A total of (57) fifty seven bundles of marijuana were seized from the Dodge Durango having a total weight of approximately 293.05 kilograms.

On this same date, DEA Task Force Officers Cosme A. Muniz III and Ricky Garza along with Special Agent Aaron Turner arrived at the Rio Grande City Border Patrol Station. Agents identified themselves and read GARZA her Miranda Rights. GARZA waived her rights and agreed to speak to Agents. GARZA stated that she was contacted by a friend named Leonel and was asked if she wanted to help him by working moving some marijuana. GARZA told him no at first, but was then told that Leonel would pay her $2,500 for moving the marijuana. GARZA stated she then agreed to work for

Leonel. GARZA was then provided a key to a Dodge Durango which she had to go pick up. GARZA stated she drove to the area of Hospital Road in Rio Grande City at an apartment complex and picked up the Dodge Durango. GARZA stated she then drove to an area known as El Chaparral Restaurant and drove south towards the Rio Grande River. GARZA stated as she drove south on a dirt road, several male individuals dressed in camouflage clothing stopped her and told her to turn off the lights. The male individuals started to load the Dodge Durango with bundles of marijuana. GARZA stated once they finished load the vehicle, she drove north. GARZA stated as she reached U.S. Expressway 83, she observed Border Patrol units, so GARZA turned into the Chaparral restaurant parking lot. GARZA stated that Border Patrol units drove up to the Dodge Durango so she exited the Durango and attempted to run but was apprehended by Border Patrol Agents.